IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR118 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEVEN CHANEY, | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that document Number 31 be stricken from the Record for the following reason(s):

- The document is an incomplete PDF.

**IT IS THEREFORE ORDERED:**

The Clerk's Office shall strike Document Number 31 from the record. The party is directed to re-file the document.

DATED this 2nd day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge